UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 12-00751-JVS |
| Date | August 14, 2012 |
| Title | In Re: South Coast Oil Corporation<br>BG Operations LLC v. Angus Petroleum Corporation |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **August 28, 2012** why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the documents required by Rule 8006 of the Bankruptcy Rules. Counsel is advised that the Court will consider the filing of the following documents **in Bankruptcy Court** with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

  **X**   Designation of Record

  **X**   Statement of Issues on Appeal

  **X**   Filing of Notice Regarding Ordering of Transcript

  **X**   Reporter's transcript has not been filed

  ___   Appellant's opening brief

  ___   Appellee's opening brief

  ___   Appellant's reply brief

If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court.

Initials of Preparer   kjt