JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re South Coast Oil Corp. | SACV 12-00751 JVS |
| BG Operations LLC, | ORDER OF DISMISSAL FOR |
| Plaintiff, | LACK OF PROSECUTION |
| v. | |
| Angus Petroleum Corp., | |
| Defendants. | |

The Court having issued an Order to Show Cause on _____August 14, 2012_____ as to why this action should not be dismissed for lack of prosecution, with a written response due on August 28, 2012 and no response having been made.

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: August 29, 2012

_____
James V. Selna
United States District Judge